**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAR 19 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-30060 |
| Plaintiff-Appellee, | D.C. No. 2:16-cr-00017-DLC |
| v. | |
| LESTER DEAN OXENDINE, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Dana L. Christensen, Chief Judge, Presiding

Submitted March 13, 2018**

Before:    LEAVY, M. SMITH, and CHRISTEN, Circuit Judges.

Lester Dean Oxendine appeals from the district court's judgment and

challenges his guilty-plea convictions and 300-month aggregate sentence for

conspiracy to possess methamphetamine with intent to distribute, in violation of 21

U.S.C. §§ 841(b)(1)(B) and 846, and possession of a firearm in furtherance of a

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Oxendine's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Oxendine the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**